(No. 74-323—

UNIGARD INSURANCE GROUP, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 18, 1975.*

VAN EMDEN, BUSCH & VAN EMDEN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

This cause coming to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

This Court finds that this claim is for damages sustained by Claimant's subrogee, Silverio Curiel, when his 1971 Ford automobile was stolen by one Rafael Arroyo, a runaway student of the Hanna City State Boys' School on July 23, 1973. Upon presentation of a claim for said damages by Claimant's subrogee, Claimant paid to Silverio Curiel the sum of $265.23, as substantiated by the exhibits attached to Claimant's complaint.

It is hereby ordered that the sum of Two Hundred Sixty-Five and 23/100 Dollars ($265.23) be awarded to Claimant in full satisfaction of any and all claims presented to the State of Illinois under the above-captioned cause.